632

452 A.2d 1103

Commonwealth v. Prillerman, Appellant.

Submitted September 10, 1981. Larry D. Yogel, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order affirmed.

452 A.2d 1103

Commonwealth v. Pusateri, Appellant.

Submitted April 21, 1981. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.

MONTEMURO, J., concurred in the result.